

*Department of Law*
Monroe County, New York

**Maggie Brooks**
*County Executive*

**Daniel M. DeLaus, Jr.**
*County Attorney*

December 11, 2007

Honorable David G. Larimer
United States District Judge
2500 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re:   **James Missel v. County of Monroe, et al**
      **Case No.: 07-CV-6593**

Dear Judge Larimer:

I represent the defendants, County of Monroe, Monroe County Sheriff's Department, and Patrick O'Flynn, Sheriff of the Monroe County Sheriff's Department, in his official capacity, in the above referenced matter. Pursuant to a conversation with your clerk, I am writing to request an extension of time in which to answer or otherwise move with respect to the complaint until January 29, 2008. I have spoken with plaintiff's attorney, Christina A. Agola, and she advised me that she has no objection to this request.

Thank you for your consideration.

Respectfully yours,

Michael E. Davis
Second Deputy County Attorney
Telephone: (585) 753-1407

MED\dm
xc:   Christina A. Agola, Esq.   **Via Facsimile 262-3325**

*[Handwritten: Request granted. So ordered. David G. Larimer USDJ 12-14-07]*

307 County Office Building • 39 West Main Street • Rochester, NY 14614
(585) 753-1380 • *fax:* (585) 753-1331 • www.monroecounty.gov